# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 01, 2023

Mr. Michael J. Edney
Hunton Andrews Kurth, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037

No. 23-10515 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Edney,

The following pertains to your rehearing en banc electronically filed on August 31, 2023.

We have filed your Petition for Rehearing en banc. However, it has the following deficiency. Unless the deficiency is corrected within 10 days from this date, we will forward the document to the court to be stricken.

Attachments to the rehearing are not allowed, see FED. R. APP. P. 40 and 5TH CIR. R. 35 and 40.

Only the dispositive order from this case may be attached. When you have made your rehearing petition sufficient, please email it to Casey_Sullivan@ca5.uscourts.gov .

Sincerely,

LYLE W. CAYCE, Clerk

By: _________________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc:
Mr. Keefe Michael Bernstein
Mr. Michael Christopher Dingman
Mr. Ezekiel Levenson Hill
Mr. David B. Reece