# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

September 01, 2023

Mr. Michael J. Edney
Hunton Andrews Kurth, L.L.P.
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037

No. 23-10515 SEC v. Barton
USDC No. 3:22-CV-2118

Dear Mr. Edney,

We received your petition for panel rehearing. In light of it not being allowed on dispositive panel orders, we are taking no action on this petition.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________________
Casey A. Sullivan, Deputy Clerk
504-310-7642

cc:
Mr. Keefe Michael Bernstein
Mr. Michael Christopher Dingman
Mr. Ezekiel Levenson Hill
Mr. David B. Reece