# United States Court of Appeals for the Fifth Circuit

No. 23-10515

United States Court of Appeals
Fifth Circuit
**FILED**
October 12, 2023
Lyle W. Cayce
Clerk

Securities and Exchange Commission,

*Plaintiff—Appellee*,

*versus*

Timothy Barton,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:22-CV-2118

ON MOTION FOR RECONSIDERATION
AND REHEARING EN BANC

UNPUBLISHED ORDER

Before Smith, Southwick, and Wilson, *Circuit Judges*.

Per Curiam:

The motion for reconsideration is DENIED. The order issued on July 17, 2023, is WITHDRAWN, and the following is SUBSTITUTED:

IT IS ORDERED that the appellee's opposed motion to dismiss the appeal is GRANTED for the reason that the appeal is moot in light of the

decision in No. 22-11132.

Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (FED. R. APP. P. 35 and 5TH CIR. R. 35), the petition for rehearing en banc is DENIED.

---

*Judge Haynes is recused and did not participate in the consideration of the petition.