# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 12, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 23-10515 SEC v. Barton
USDC No. 3:22-CV-2118

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: ______________________
Roeshawn Johnson, Deputy Clerk
504-310-7998

Mr. Keefe Michael Bernstein
Mr. Michael Christopher Dingman
Mr. Michael J. Edney
Mr. Ezekiel Levenson Hill
Ms. Karen S. Mitchell
Mr. David B. Reece